PAPST LICENSING GMBH & CO.
KG, Plaintiff-Appellant

v.

XILINX, INC., Defendant-Appellee

2016-2323

United States Court of Appeals,
Federal Circuit.

April 12, 2017

NICOLE E. GLAUSER, DiNovo, Price, Ell-wanger & Hardy LLP, Austin, TX, argued for plaintiff-appellant. Also represented by ANDREW DINOVO, JAY D. ELLWANGER.

MATTHEW J. SILVEIRA, Jones Day, San Francisco, CA, argued for defendant-appellee. Also represented by PATRICK THOMAS MICHAEL; DAVID B. COCHRAN, Cleveland, OH.

(Prost, Chief Judge, Lourie and Taranto, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**